1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON MARTIN and TROY BAETZ, | Case No. CV 22-2093 TJH (PVC) |
| Plaintiffs, | |
| v. | **ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE** |
| CITY OF LOS ANGELES, | |
| Defendant. | |

Co-Plaintiffs Don Martin and Troy Baetz filed a Request for Leave to File New Litigation as Vexatious Litigant on January 24, 2022 (docketed March 30, 2022). ("Request," Dkt. No. 1). Mr. Martin was declared a vexatious litigant by this Court on June 25, 2018 in the matter of *Don Martin v. City of Los Angeles*, CV 16-2655 TJH (SS). Pursuant to the Court's vexatious litigant Order, before any new matter by Mr. Martin will be accepted for filing, Mr. Martin must file a motion for leave to file a vexatious litigant complaint, with a copy of the proposed complaint attached to the motion as an exhibit, and receive the Court's express authorization to proceed. (*See id.*, Dkt. No. 34, at 1-2).

The Request was defective because it did not attach a copy of the proposed complaint. Accordingly, on April 11, 2022, the Court denied the Request, without prejudice to filing an Amended Request within thirty days attaching a copy of the

1

proposed new complaint. (Dkt. No. 4). The Court expressly cautioned Plaintiffs that if they did not file an Amended Request in compliance with the Court's prior vexatious litigant Order within thirty days, this matter would be summarily dismissed without further notice. (*Id*. at 2).

More than thirty days have passed since the Court's April 11 Order and Plaintiffs have not filed an Amended Request for Leave to File New Litigation as Vexatious Litigant. Accordingly, this action is summarily DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: MAY 27, 2022

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2